**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY JOSEPH, | ) |
| | ) |
| Plaintiff, | ) CASE NO. CV 13-2617 JCG |
| v. | ) |
| | ) ORDER GRANTING STIPULATION |
| JPMORGAN CHASE BANK, NA; | ) OF DISMISSAL |
| CHASE HOME FINANCE, LLC; | ) |
| CALIFORNIA RECONVEYANCE | ) |
| COMPANY, and DOES 1-10, inclusive, | ) |
| | ) |
| Defendants. | ) |

The Court GRANTS the Stipulation for Dismissal.

IT IS HEREBY ORDERED that the case is dismissed with prejudice.

DATED: October 31, 2014

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

**ORDER GRANTING STIPULATION OF DISMISSAL**